OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

**3/11/2015**

**DUDLEY, ANTONIO** Tr. Ct. No. 534058-C

On this day, this Court has dismissed applicant's "MOTION FOR LEAVE TO VOLUNTARILY DISMISS APPLICANT'S 11.07 HABEAS CORPUS APPLICATION".

**RTS**



Abel Acosta, Clerk

ANTONIO DUDLEY 567960
EAST TEXAS MULTI-USE FACILITY
900 INDUSTRIAL DRIVE
HENDERSON, TX 75652

02 1R
0006557458
MAILED FROM ZIP WR 30 053-03
UNITED STATES POSTAGE
$00.26⁵
PINEY BOWES
MAR 13 2015

EB1N3B 75652